STEPHANIE HINDS
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-mail: Michael.Marriott@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JERRY MIKE DROGITIS, | ) | CIVIL NO. 3:21-cv-00817-JSC |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION FOR EXTENSION OF TIME AND ~~PROPOSED~~ ORDER** |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Comm'r of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

    Plaintiff filed his Motion for Summary Judgment on October 19, 2021 (Dkt. 21). Plaintiff noted that the Administrative Record, filed June 25, 2021 (Dkt. 14), was missing a hearing transcript. Defendant obtained a copy of the missing transcript, served a copy on Plaintiff and lodged a copy concurrently with this Court (Dkt. 25). The parties hereby request, with the Court's approval as indicated by issuance of the attached Order, that Plaintiff shall have two weeks with which to supplement his original Motion for Summary Judgment with any argument(s) arising from the newly filed transcript. Plaintiff's Motion for Summary Judgment shall be due January 4, 2022. Defendant's response shall be due February 1, 2022.

1 – Stipulation and Order Extending Def's Time

Respectfully submitted,

Dated: December 31, 2021      /s/ Geri Nadine Kahn *
                                    Geri Nadine Kahn
                                    (*as authorized by email)
                                    Attorney for Plaintiff

Dated: December 31, 2021      STEPHANIE HINDS
                                    Acting United States Attorney
                                    DEBORAH LEE STACHEL
                                    Regional Chief Counsel, Region IX
                                    Social Security Administration

                      By:   /s/ Michael K. Marriott
                                    MICHAEL K. MARRIOTT
                                    Special Assistant U.S. Attorney
                                    Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: January 3, 2022                    _____
                                                           HON. JACQUELINE SCOTT CORLEY
                                                           UNITED STATES MAGISTRATE JUDGE